UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:15-CV-00222-TBR

LORETTA MOORE, INDIVIDUALLY, AND             PLAINTIFFS
AS ATTORNEY-IN-FACT FOR
ELMO MOORE

v.

SANTANDER CONSUMER USA INC.                 DEFENDANT

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the agreement of the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs and the Defendant, Santander Consumer USA, Inc. (SCUSA), stipulate to the DISMISSAL WITH PREJUDICE of the Plaintiffs' claims against SCUSA.

Respectfully submitted,

| | |
|---|---|
| /s/ *Aaron J. Bentley* (with permission) | s/ *Zachary M. VanVactor* |
| James Craig | Christy A. Ames |
| Aaron J. Bentley | Zachary M. VanVactor |
| CRAIG HENRY PLC | STITES & HARBISON PLLC |
| 239 S. Fifth Street, Suite 1400 | 400 West Market Street, Suite 1800 |
| Louisville, KY 40202 | Louisville, KY 40202-3352 |
| Telephone: (502) 614-5962 | Telephone: (502) 587-3400 |
| Email: jcraig@craighenrylaw.com | cames@stites.com |
| abentley@craighenrylaw.com | zvanvactor@stites.com |
| | |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |